# United States District Court

_____ DISTRICT OF __Massachusetts__

UNITED STATES OF AMERICA
V.

OSAYI OJO

**CRIMINAL COMPLAINT**

CASE NUMBER: 98-1602-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __August 29 to September 12, 1995__ in __Essex and Bristol__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

knowingly and with intent to defraud use two unauthorized access devices, and by such conduct obtained money aggregating $1,000 or more during that period,

in violation of Title __18__ United States Code, Section(s) __1029(a)(2)__

I further state that I am a(n) __U.S. Postal Inspector__ and that this complaint is based on the following facts:

SEE AFFIDAVIT OF PETER J. KEEFE. (ATTACHED)

Continued on the attached sheet and made a part hereof: [X] Yes [ ] No

Signature of Complainant  PETER J. KEEFE

Sworn to before me and subscribed in my presence,

__2-2-98__
Date

at __Boston, Massachusetts__
City and State

Name & Title of Judicial Officer
CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer