# AFFIDAVIT

I, Peter J. Keeffe, U.S. Postal Inspector, being duly sworn depose and say:

1. I am assigned to the U.S. Postal Inspection Service, Boston, Massachusetts. I have been an Inspector for nine years. My current duties consist of investigating criminal complaints involving the U.S. mail. To date, I have been involved in several hundred such investigations.

2. I submit this affidavit in support of a criminal complaint charging Osayi M. Ojo, a/k/a Travis Ojo, with a violation of 18 U.S.C. § 1029(a)(2). The information contained herein is the result of my investigation of Osayi Ojo, which includes my review of bank records and documents, my own personal involvement in this investigation, as well as information I received from other law enforcement personnel and from bank security and Discover credit card officials.

3. On or about September 1, 1995, an adult male entered the Foster Street branch of the Eastern Bank in Peabody, Massachusetts at approximately 1:06 p.m. and obtained a $2,700.00 cash advance using Discover card # 6011-0047-3800-1631 in the name Raymond B. Davis. A photocopy of the individual's New Jersey driver's license (which includes a photograph) and Discover card was obtained from the Eastern Bank. After

comparing the person in the above mentioned New Jersey driver's license to an arrest photo of Osayi Ojo obtained from the White Plains, New York Police Department, I believe the person that obtained the above mentioned cash advance and presented the above mentioned New Jersey driver's license is Osayi Ojo.

4. On or about September 1, 1995, an adult male entered the Washington Street branch of the Eastern Bank in Salem, Massachusetts at approximately 2:33 p.m. and obtained a $2,700.00 cash advance using Discover Card # 6011-0047-3800-1631 in the name Raymond B. Davis.

5. On or about September 6, 1995, an adult male entered the Federal Street branch of the Eastern Bank in Danvers, Massachusetts at approximately 10:34 a.m. and obtained a $2,800.00 cash advance using Discover Card # 6011-0047-3800-1631 in the name Raymond B. Davis. The cash advance draft lists the same license number and address as are on the photocopy of the New Jersey driver's license that was presented on September 1, 1995 at the Foster Street (Peabody) branch of this bank.

6. On or about September 6, 1995, an adult male entered the Salem Street branch of the Eastern Bank in Lynnfield, Massachusetts at approximately 11:31 a.m. and obtained a $2,200.00 cash advance using Discover Card # 6011-0047-3800-1631 in the name Raymond B. Davis. The cash advance draft lists the

same license number, date of birth, expiration date, and address as are on the photocopy of the New Jersey driver's license that was presented on September 1, 1995 at the Foster Street (Peabody) branch of this bank.

7. On or about September 8, 1995, an adult male entered the Rockdale Avenue branch of the Compass Bank in New Bedford, Massachusetts at approximately 1:32 p.m. and obtained a $2,800.00 cash advance using Discover Card # 6011-0047-3800-1631 in the name Raymond B. Davis. The cash advance draft lists the same license number, date of birth, expiration date, and address as are on the photocopy of the New Jersey driver's license that was presented on September 1, 1995 at the Foster Street (Peabody) branch of the Eastern Bank. A bank surveillance photograph obtained from the Compass Bank that corresponds with this cash advance depicts a black male I believe to be Osayi Ojo after comparing this photo to an arrest photo of Osayi Ojo obtained from the White Plains, New York Police Department.

8. On or about September 8, 1995, an adult male entered branch # 411 of the Compass Bank in New Bedford, Massachusetts at approximately 2:29 p.m. and obtained a $1,500.00 cash advance using Discover Card # 6011-0047-3800-1631 in the name Raymond B. Davis. The cash advance draft lists the same license number and address as are on the photocopy of the New Jersey driver's license that was presented on September 1, 1995 at the Foster

Street (Peabody) branch of the Eastern Bank. A bank surveillance photograph obtained from the Compass Bank that corresponds with this cash advance depicts a black male I believe to be Osayi Ojo after comparing this photo to an arrest photo of Osayi Ojo obtained from the White Plains, New York Police Department.

9.  On or about September 12, 1995, an adult male entered the Union Street branch of the First Federal Savings Bank in New Bedford, Massachusetts at approximately 2:30 p.m. and obtained a $2,800.00 cash advance using Discover Card # 6011-0047-3800-1631 in the name Raymond B. Davis. The cash advance draft lists the same license number and address as are on the photocopy of the New Jersey driver's license that was presented on September 1, 1995 at the Foster Street (Peabody) branch of the Eastern Bank. The Postal Inspection Service Forensic Laboratory has positively identified a fingerprint on this cash advance draft as that of Osayi Ojo after comparing the print with copies of fingerprints of Osayi Ojo obtained from the White Plains, New York Police Department.

10. Contact with the fraud department of Discover revealed that Discover Card # 6011-0047-3800-1631 in the name Raymond B. Davis was sent via the U.S. mail from Dallas, Texas, addressed to Raymond B. Davis at 255 N. Falcon Bluff, Alberta, GA 30202 on or about December 28, 1994. The total fraud loss on this account, according to Discover, is $18,753.07. Also according to

Discover, this credit card was never received by the real Raymond B. Davis.

11. On or about August 29, 1995, an adult male entered the Broadway branch of the Bristol County Savings Bank in Taunton, Massachusetts at approximately 11:05 a.m. and obtained a $2,500.00 cash advance using Discover Card # 6011-0016-9052-8213 in the name John J. King. The cash advance draft lists New Jersey driver's license number K5287 15498 05612 and an address of 9 Ulysses Street, Parsippany, New Jersey. A photocopy of the New Jersey driver's license was taken, but it is too dark to make any identification. A bank surveillance photograph obtained from the Bristol County Savings Bank that corresponds with this cash advance depicts a black male I believe to be Osayi Ojo after comparing this photo to an arrest photo of Osayi Ojo obtained from the White Plains, New York Police Department.

12. On or about August 29, 1995, an adult male entered the Washington Street branch of the First Federal Savings Bank in Taunton, Massachusetts at approximately 11:32 a.m. and obtained a $2,000.00 cash advance using Discover Card # 6011-0016-9052-8213 in the name John J. King. The cash advance draft lists New Jersey license number K5287 15498 05612, an expiration date of September 27, 1998, and an address of 9 Ulysses Street, Parsippany, New Jersey.

13. On or about September 6, 1995, an adult male entered the Bridge Street branch of the Eastern Bank in Beverly, Massachusetts at approximately 9:33 a.m. and obtained a $2,800.00 cash advance using Discover Card # 6011-0016-9052-8213 in the name John J. King. The cash advance draft lists New Jersey license number K5287 15498 05612 and an address of 9 Ulysses Street, Parsippany, New Jersey. A bank surveillance photograph obtained from the Eastern Bank that corresponds with this cash advance depicts a black male I believe to be Osayi Ojo after comparing this photo to an arrest photo of Osayi Ojo obtained from the White Plains, New York Police Department.

14. On or about September 6, 1995, an adult male entered the Enon Street branch of the Eastern Bank in Beverly, Massachusetts at approximately 9:57 a.m. and obtained a $1,500.00 cash advance using Discover Card # 6011-0016-9052-8213 in the name John J. King. The cash advance draft lists New Jersey driver's license number K5287 15498 05612 and an address of 9 Ulysses Street, Parsippany, New Jersey.

15. On or about September 8, 1995, an adult male entered branch # 404 of the Compass Bank in New Bedford, Massachusetts at approximately 3:37 p.m. and obtained a $2,700.00 cash advance using Discover Card # 6011-0016-9052-8213 in the name John J. King. The cash advance draft lists New Jersey driver's license number K5287 15498 05612 and an address of 9 Ulysses Street,

Parsippany, New Jersey. A bank surveillance photograph obtained from the Compass Bank that corresponds with this cash advance depicts a black male I believe to be Osayi Ojo after comparing this photo to an arrest photo of Osayi Ojo obtained from the White Plains, New York Police Department.

16. On or about September 8, 1995, an adult male entered branch # 405 of the Compass Bank in New Bedford, Massachusetts at approximately 4:08 p.m. and obtained a $1,800.00 cash advance using Discover Card # 6011-0016-9052-8213 in the name John J. King. The cash advance draft lists New Jersey driver's license number K5287 15498 05612 and an address of 9 Ulysses Street, Parsippany, New Jersey. A bank surveillance photograph obtained from the Compass Bank that corresponds with this cash advance depicts a black male I believe to be Osayi Ojo after comparing this photo to an arrest photo of Osayi Ojo obtained from the White Plains, New York Police Department.

17. On or about September 12, 1995, an adult male entered the Rockdale Avenue branch of the First Federal Savings Bank in New Bedford, Massachusetts at approximately 2:03 p.m. and obtained a $2,500.00 cash advance using Discover Card # 6011-0016-9052-8213 in the name John J. King. The cash advance draft lists New Jersey driver's license number K5287 15498 05612 and an address of 9 Ulysses Street, Parsippany, New Jersey. A bank surveillance photograph obtained from the First Federal Savings

Bank that corresponds with this cash advance depicts a black male I believe to be Osayi Ojo after comparing this photo to an arrest photo of Osayi Ojo obtained from the White Plains, New York Police Department. Additionally, the First Federal Savings Bank was able to obtain a copy of the New Jersey driver's license in the name John J. King, # K5287 15498 05612, 9 Ulysses Street, Parsippany, New Jersey, DOB: 5/5/61, Expires: 9/27/98. After comparing the photograph of the person in the above mentioned New Jersey driver's license to an arrest photograph of Osayi Ojo obtained from the White Plains, New York Police Department, I believe that the person who obtained the above mentioned cash advance and presented the above mentioned New Jersey driver's license is Osayi Ojo.

18. Contact with the fraud department of Discover revealed that Discover Card # 6011-0016-9052-8213 in the name John J. King was sent via the U.S. mail from Dallas, Texas addressed to 9 Ulysses Street, Parsippany, NJ 07054 on or about August 14, 1995. The total fraud loss on this account, according to Discover, is $16,690.01. According to Discover, this card was never received by John J. King.

19. Based on the above information, I believe probable cause exists to conclude that from on or about August 29, 1995 to on or about September 12, 1995, Osayi M. Ojo, did knowingly and with intent to defraud use two unauthorized access devices, and

by such conduct obtained money aggregating $1,000 or more during that period, in violation of 18 U.S.C. § 1029(a)(2).

---
PETER J. KEEFFE
U.S. Postal Inspector

Subscribed and sworn to before me this ___ day of February, 1998.

---
CHARLES B. SWARTWOOD, III
United States Magistrate Judge