# FINANCIAL AFFIDAVIT

CJA 23

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE   **REV. 1/90**

IN UNITED STATES   ☐ MAGISTRATE   ☐ DISTRICT   ☐ APPEALS COURT or   ☐ OTHER PANEL (Specify below)
IN THE CASE OF

| | | |
|---|---|---|
| | VS | FOR |
| | | AT |

**LOCATION NUMBER**

PERSON REPRESENTED (Show your full name)

➤ OSAYI TRAVIS OJO

| | |
|---|---|
| 1 | ☐ Defendant—Adult |
| 2 | ☐ Defendant—Juvenile |
| 3 | ☐ Appellant |
| 4 | ☐ Probation Violator |
| 5 | ☐ Parole Violator |
| 6 | ☐ Habeas Petitioner |
| 7 | ☐ 2255 Petitioner |
| 8 | ☐ Material Witness |
| 9 | ☐ Other (Specify) |

**DOCKET NUMBERS**
Magistrate
9B-1602-CBS

District Court

Court of Appeals

CHARGE OFFENSE (describe if applicable & check box →)   ☐ Felony
☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOY-MENT**

Are you now employed?   ☐ Yes   ☒ No   ☐ Am Self Employed

Name and address of employer:_____

IF YES, how much do you earn per month? $_____    IF NO, give month and year of last employment How much did you earn per month $_____

If married is your Spouse employed?   ☐ Yes   ☐ No

IF YES, how much does your Spouse earn per month $_____    If a minor under age 21, what is your Parents or Guardian's approximate monthly income $_____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?   ☐ Yes   ☒ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

| RECEIVED | SOURCES |
|---|---|
| $_____ | _____ |
| $_____ | _____ |

**CASH**

Have you any cash on hand or money in savings or checking account   ☐ Yes   ☒ No   IF YES, state total amount $_____

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☐ Yes   ☒ No

IF YES, GIVE VALUE AND DESCRIBE IT

| VALUE | DESCRIPTION |
|---|---|
| $_____ | _____ |
| $_____ | _____ |
| $_____ | _____ |

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☐ SINGLE
☐ MARRIED
☒ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: 1

List persons you actually support and your relationship to them
_____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| | Creditors | Total Debt | Monthly Payt |
|---|---|---|---|
| APARTMENT OR HOME: | _____ | $_____ | $_____ |
| | _____ | $_____ | $_____ |
| | _____ | $_____ | $_____ |
| | _____ | $_____ | $_____ |

I certify the above to be correct.

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED)   ➤ *Osayi Ojo*    Dec 29, 03

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.