## MAGISTRATE JUDGE CLERK NOTES

Magistrate Judge: __Charles B. Swartwood, III__

Courtroom Clerk: __Roland__

Case: USA v. __Osaji Ojo__

AUSA: __Casey for Berman__

PTSO/PO: _____

Date: __January 8, 2004__

Tape Number: __2:40 p__   Time In Court: __15 min__

Case Number: __98-1602 CBS__

Defense Counsel: __Gormley__

Interpreter: _____   Language: _____

### TYPE OF HEARING

[ ] **Initial Appearance**
[ ] Arrested: in another district
[ ] Defendant Sworn
[ ] Advised of Charges
[ ] Advised of Rights
[ ] Requests Appointment of Counsel
[ ] Has Retained Counsel
[ ] Court Orders Counsel be Appointed
[ ] Government Requests Detention & Continuance

[ ] **Arraignment**
[ ] Defendant Waived Reading of Indictment
[ ] Defendant Pleads Not Guilty to Counts _____
[ ] **Removal Hearing/Rule 40**
[ ] Defendant Waives Identity Hearing
[ ] Defendant Ordered Removed to Charging District. Order to Issue.
[ ] Defendant Released, Conditions Remain/ Modified/Set
[ ] Identity Established

[X] **Preliminary Examination (Rule 5 or Rule 32.1)**
[ ] Probable Cause Found
[ ] Identity Established
[ ] Defendant Waives Identity Hearing
[X] Defendant Waives Preliminary Examination

[ ] **Bail Hearing**
[ ] Bail Revoked, Defendant Ordered Detained
[ ] Defendant Released, Conditions Remain in full force
[ ] Defendant Released on ____ with Conditions

[X] **Detention Hearing**
[ ] Defendant Requests a Continuance
[X] Defendant Consents to Voluntary Detention
[ ] Defendant Detained, Order to Issue
[ ] Defendant Released on _____ with conditions
[ ] Detention Taken Under Advisement

[ ] **Preliminary Probation Revocation Hearing**
[ ] Defendant Ordered Detained
[ ] Defendant Released

[ ] **Miscellaneous Hearings**
[ ] Attorney Appointment Hearing
[ ] Change of Plea (Rule 11) Hearing
[ ] Material Witness Hearing
[ ] Motion Hearing
[ ] _____ Status Conference
[ ] Other _____

### CONTINUED PROCEEDINGS

_____ set for _____ at _____

### REMARKS

Case called, Counsel appear for P/C and Detention Hearing, Dft consents to detention but reserves his right for a hearing in the future, Dft waives P/C, Dft remanded to the custody of the US Marshal