UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>OSAJI OJO (a/k/a )<br>Defendant, )<br>) | CRIMINAL ACTION<br>NO.  98-1602-CBS |

**MEMORANDUM OF PROBABLE CAUSE AND
ORDER ON THE GOVERNMENT'S MOTION FOR DETENTION
January 9, 2004**

**SWARTWOOD, M.J.**

I.  Nature of the Offense and the Government's Motion

On February 2, 1998, a Criminal Complaint was filed, charging Osaji Ojo ("Mr. Ojo"), with knowingly and with intent to defraud using two unauthorized access devices and by such conduct obtaining money in excess of $1,000, in violation of 18 U.S.C. § 1029(a)(2).  Mr. Ojo was arrested in connection with this offense on December 23, 2003.

On December 29, 2003, Mr. Ojo appeared before me[1] and I advised him of his right to a preliminary examination in

---

[1] At the time that Mr. Ojo was arrested in connection with this Complaint, he had an initial appearance before another Magistrate Judge in Boston and the case was then continued for a hearing before me, in Worcester, on December 29, 2003.

accordance with Fed. R. Crim. P. 5.1 and the Government reiterated its grounds for a detention hearing in accordance with 18 U.S.C. §3142(f)(2)(A)(risk of flight).

I scheduled a consolidated probable cause/detention hearing for January 8, 2004 and at that hearing, Mr. Ojo waived his right to a probable cause hearing and assented to an order of detention, but reserved his right to a detention hearing in the future.

## II.  Order of Detention Pending Trial

In accordance with the foregoing memorandum,

IT IS ORDERED:

1.   That Mr. Ojo be committed to the custody of the Attorney General, or his designated representative, for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.   That Mr. Ojo be afforded a reasonable opportunity for private consultation with counsel; and

3.   On order of a court of the United States or on request by an attorney for the Government, the person in charge of the corrections facility in which Mr. Ojo is detained and confined shall deliver Mr. Ojo to an authorized Deputy United States

Marshal for the purpose of any appearance in connection with a court proceeding.

<u>RIGHT OF APPEAL</u>

THE PERSON OR PERSONS DETAINED BY THIS ORDER MAY FILE A MOTION FOR REVOCATION OR AMENDMENT OF THE ORDER PURSUANT TO 18 U.S.C. § 3145(b).

<u>/s/Chales B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE