UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 04 CR 10015-MLW |
| ) | |
| v.  ) | VIOLATIONS: |
| ) | 18 U.S.C. §1029(a)(2) |
| OSAYI OJO ) | Access Device Fraud |
| a/k/a OSAUO OJO ) | |
| a/k/a TRAVIS OJO ) | |
| a/k/a OSAYI MUSA ) | |
| a/k/a CALVIN JOHNSON ) | |

## INDICTMENT

COUNT ONE:       (18 U.S.C. §1029(a)(2) - Access Device Fraud)

The Grand Jury charges that:

On or about August and September 1995, at Taunton, Beverly, and New Bedford, in the District of Massachusetts,

OSAYI OJO
a/k/a OSAUO OJO
a/k/a TRAVIS OJO
a/k/a OSAYI MUSA
a/k/a CALVIN JOHNSON,

defendant herein, did use one or more unauthorized access devices, to wit, a stolen Discover Credit Card 6011-0016-9052-8213 in the name of John J. King, and by such conduct, from on or about August 1995 and ending on or about August 1996, obtained $13,300, said use affecting interstate commerce in that the credit card had been sent by Discover Financial Services in Texas to John J. King in New Jersey, but was never received by John J. King.

All in violation of Title 18, United States Code, Section 1029(a)(2).

**COUNT TWO:**        **(18 U.S.C. §1029(a)(2) - Access Device Fraud)**

The Grand Jury charges that:

On or about August and September 1995, at Peabody, Salem, Danvers, Lynfield, and New Bedford, in the District of Massachusetts,

**OSAYI OJO**
**a/k/a OSAUO OJO**
**a/k/a TRAVIS OJO**
**a/k/a OSAYI MUSA**
**a/k/a CALVIN JOHNSON,**

defendant herein, did use one or more unauthorized access devices, to wit, a stolen Discover Credit Card 6011-0047-3800-1631 in the name of Raymond B. Davis, and by such conduct, from on or about August 1995 and ending on or about August 1996, obtained $17,500, said use affecting interstate commerce in that the credit card had been sent by Discover Financial Services in Texas to Raymond B. Davis in Georgia, but was never received by Raymond B. Davis.

All in violation of Title 18, United States Code, Section 1029(a)(2).

A TRUE BILL

_____ 1/21/04
FOREPERSON OF GRAND JURY

_____
Seth P. Berman

Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, January 21, 2004.

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk
1-21-04 at 11:57 AM

3

✥JS 45 (5/97) - (Revised USAO MA 3/25/02)

## Criminal Case Cover Sheet        U.S. District Court - District of Massachusetts

**Place of Offense:**     **Category No.** II     **Investigating Agency** POSTAL INSPECTORS

**City** Peabody, Tauton, Bedford others     **Related Case Information:**

**County** Middlesex, Bristol, Essex     Superseding Ind./ Inf. N/A     Case No. N/A
Same Defendant N/A     New Defendant N/A
Magistrate Judge Case Number 98-1602-CBS
Search Warrant Case Number N/A
R 20/R 40 from District of N/A

### Defendant Information:

**Defendant Name** OSAYI OJO     Juvenile ☐ Yes ☒ No

**Alias Name** Osauo Ojo, Travis Ojo, Sayi Musa, Calvin Johnson

**Address** unknown

**Birth date:** several    **SS#:** xxx-xx-0065    **Sex:** m    **Race:** black    **Nationality:** Nigerian

**Defense Counsel if known:** George Gormley     **Address:** 655 Summer Street, Boston, MA 02210

**Bar Number:**

### U.S. Attorney Information:

**AUSA** Seth P. Berman     **Bar Number if applicable** 629332

**Interpreter:** ☐ Yes ☒ No     **List language and/or dialect:**

**Matter to be SEALED:** ☐ Yes ☒ No

☐ Warrant Requested     ☐ Regular Process     ☒ In Custody

### Location Status:

**Arrest Date:** December 19, 2003

☒ Already in Federal Custody as Ordered Detained 12/22/03 in _____
☐ Already in State Custody _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony Two

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 1/21/04     **Signature of AUSA:** /s/

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    OSAYI OJO

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1029(a)(2) | Access Device Fraud | One and Two |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

js45.ojo.wpd - 3/13/02