# MAGISTRATE JUDGE CLERK NOTES

| | |
|---|---|
| Magistrate Judge: __Charles B. Swartwood, III__ | Date: __February 4, 2004__ |
| Courtroom Clerk: __Roland__ | Tape Number: __11:04 A__   Time In Court: __15 min__ |
| Case: USA v. __Osayi Ojo__ | Case Number: __04-10015 MLW__ |
| AUSA: __Berman__ | Defense Counsel: __Gormley__ |
| PTSO/PO: __Dave P.__ | Court Reporter: |

## TYPE OF HEARING

| | |
|---|---|
| [ ] **Initial Appearance**<br>[ ] Arrested:   [ ] on warrant     [ ] on probable cause<br>[ ] Defendant Sworn<br>[ ] Advised of Charges<br>[ ] Advised of Rights<br>[ ] Requests Appointment of Counsel<br>[ ] Will Retain Counsel<br>[ ] Court Orders Counsel be Appointed<br>[ ] Government Requests Detention & Continuance | [X] **Arraignment**<br>[X] Defendant Waived Reading of Indictment<br>[ ] Defendant Pleads Not Guilty to Counts __1 & 2__<br>[ ] **Removal Hearing/Rule 40**<br>[ ] Defendant Waives Identity Hearing<br>[ ] Defendant Ordered Removed to Charging District. Order to Issue.<br>[ ] Defendant Released, Conditions Remain/Modified/Set<br>[ ] Identity Established |
| [ ] **Preliminary Examination (Rule 5 or Rule 32.1)**<br>[ ] Probable Cause Found<br>[ ] Identity Established<br>[ ] Defendant Waives Identity Hearing<br>[ ] Defendant Waives Preliminary Examination | [ ] **Bail Hearing**<br>[ ] Bail Revoked, Defendant Ordered Detained<br>[ ] Defendant Released, Conditions Remain/Modified<br>[ ] Defendant Released on _____ with Conditions |
| [X] **Detention Hearing**<br>[ ] Defendant Requests a Continuance<br>[ ] Defendant Consents to Voluntary Detention<br>[ ] Defendant Detained, Order to Issue<br>[ ] Defendant Released on _____ with conditions<br>[ ] Detention Taken Under Advisement<br><br>[ ] **Preliminary Probation Revocation Hearing**<br>[ ] Defendant Ordered Detained<br>[ ] Defendant Released | [ ] **Miscellaneous Hearings**<br>[ ] Attorney Appointment Hearing<br>[ ] Change of Plea (Rule 11) Hearing<br>[ ] Material Witness Hearing<br>[ ] Motion Hearing<br>[ ] Status Conference<br>[ ] Other _____ |

## CONTINUED PROCEEDINGS

_____ set for ____ at _____

## REMARKS

Case called, Counsel and defendant appear for Arraignment and Detention Hearing, Arraignment Held, Dft pleads not guilty to Counts 1 & 2, Time to be excluded, Detention Order to remain, Dft remanded to the custody of the US Marshal,