UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
         v.                    )    CRIMINAL ACTION
                               )    NO. 04-10015-MLW
OSAYI OJO,                     )
         Defendant,            )
_____)
```

INITIAL STATUS REPORT
March 17, 2004

**SWARTWOOD, M.J.**

The following is an Initial Status Report to Wolf, J. to whom this case is assigned:

1. Plea Negotiations

The parties are presently involved in plea negotiations and as part of those negotiations will be requesting a pre-plea, pre-sentence report and if that report is allowed, plea negotiations could then be completed. I have granted the parties time to complete plea negotiations.

2. Further Status Conference

A further status conference shall be held in this case on April 20, 2004, at 2:15 p.m., in Courtroom 1, Fifth Floor,

Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts 01608.

   3.   <u>Excludable Time</u>

   With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from March 3, 2004 (date of expiration of prior order of excludable time) through April 20, 2004 (date by which plea negotiations should be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, June 29, 2004</u>.


                                        /s/Charles B. Swartwood, III
                                        CHARLES B. SWARTWOOD, III
                                        MAGISTRATE JUDGE