UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>OSAYI OJO,  )<br>      Defendant,  )<br>) | CRIMINAL ACTION<br>NO. 04-10015-MLW |

ORDER OF EXCLUDABLE TIME
March 17, 2004

**SWARTWOOD, M.J.**

    It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from March 3, 2004 (date of expiration of prior order of excludable time) through April 20, 2004 (date by which plea negotiations should be completed) shall be excluded from the Speedy Trial Act.

                                                    /s/Charles B. Swartwood, III
                                                    CHARLES B. SWARTWOOD, III
                                                    MAGISTRATE JUDGE

Case 1:04-cr-10015-MLW    Document 15    Filed 03/17/2004    Page 2 of 2