## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIM. NO. 04-CR-10015-MLW** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **OSAYI OJO (a/k/a)** | ) | |
| *a/k/a Osuauo Ojo* | ) | |
| *a/k/a Travis Ojo* | ) | |
| *a/k/a Osayi Musa* | ) | |
| *a/k/a Calvin Johnson* | ) | |

### DEFENDANT OSAYI OJO'S MOTION FOR A PRE-PLEA, PRE-SENTENCE REPORT *(without objection)*

Now comes the defendant, OSAYI OJO, and hereby requests this Honorable Court order the preparation of a pre-plea, pre-sentence report. As grounds therefore, defendant states:

1. The parties tentatively grade the defendant's offense at level 12 prior to any two point downward adjustment for acceptance of responsibility[1];

2. The defendant, who was not a fugitive from justice, was arrested on an outstanding arrest warrant issued by a Magistrate Judge of this Court on Criminal Complaint No. 92-1602-CBS on or about February 2, 1998 and outstanding until June 2003 when the defendant was held and detained on the charges embodied in the Complaint by Canadian authorities as Mr. Ojo arrived in Montreal on a flight from his native Nigeria;

3. While the defendant's "rap sheet" indicates some prior familiarity with the criminal process at the state or local level, calculation of defendant's Criminal History Category may be somewhat more challenging than the usual case in that his previous offenses occurred in states other than Massachusetts and appear to have involved pleas to charges involving misdemeanors, bail forfeitures in lieu of guilty findings, and other diversionary dispositions[2];

---

[1] The defendant also notes that the offenses in the indictment are alleged to have occurred in 1995 and therefore the 1995 Manual may be the version to use pursuant to U.S.S.G. § 1.B1.11.

[2] The defendant says that his prior criminal activity, to include the allegations in this indictment, represents a past chapter in his life and that he has changed his ways since 1995.

4.    The United States has no objection to the preparation of the requested report prior to any plea of guilty.

**WHEREFORE**, defendant hereby requests that the Court order the preparation of a pre-plea, pre-sentence report.

I certify that a true copy of the above document was served upon the attorney of record for each other party by MAIL/~~HAND~~ on the date stated herein

*Annmarie Nee*

Respectfully submitted,
**OSAYI OJO**
By his attorney,

*George F. Gormley* /aw

George F. Gormley
*George F. Gormley, P.C.*
655 Summer Street
Boston, MA 02201
(617) 478-2750
BBO No. 204140

**Dated:** 3/17/04

2