# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,  )  )  ) | |
| v.  ) | **CRIMINAL ACTION** |
| ) | **NO. 04-10015-MLW** |
| OSAYI OJO,  )  Defendant,  )  ) | |

## STATUS REPORT
### April 30, 2004

**SWARTWOOD, M.J.**

The following is a Status Report to Wolf, J. to whom this case is assigned:

1. <u>Plea Negotiations</u>

Mr. Ojo's counsel has requested a pre-plea, presentence report and if that report is allowed, plea negotiations could then be completed. Mr. Ojo's counsel has requested additional time to complete plea negotiations and I have granted that request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on May 27, 2004, at 3:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts 01608.

3.  <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from April 20, 2004 (date of expiration of prior order of excludable time) through May 27, 2004 (date by which plea negotiations should be completed).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, August 5, 2004</u>.

<u>/s/Charles B. Swartwood, III</u><br>
CHARLES B. SWARTWOOD, III<br>
MAGISTRATE JUDGE