UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | **CRIMINAL ACTION** |
| ) | **NO. 04-10015-MLW** |
| OSAYI OJO,   ) | |
| Defendant,   ) | |

**ORDER OF EXCLUDABLE TIME**
**April 30, 2004**

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from April 20, 2004 (date of expiration of prior order of excludable time) through May 27, 2004 (date by which plea negotiations should be completed) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE