## MAGISTRATE JUDGE CLERK NOTES

| | |
|---|---|
| Magistrate Judge:  Charles B. Swartwood, III | Date: May 26, 2004 |
| Courtroom Clerk:      Jones | Tape Number: 11:18  Time In Court:  min |
| Case: USA v. Osayi Ojo | Case Number: 04-10015MLW |
| AUSA:      Berman | Defense Counsel:      Gormley |
| PTSO/PO:      Cuascut | Court Reporter: |

## TYPE OF HEARING

**[ ] Initial Appearance**
[ ] Arrested:   [ ] on warrant      [ ] on probable cause
[ ] Defendant Sworn
[ ] Advised of Charges
[ ] Advised of Rights
[ ] Requests Appointment of Counsel
[ ] Will Retain Counsel
[ ] Court Orders Counsel be Appointed
[ ] Government Requests Detention & Continuance

**[ ] Arraignment**
[ ] Defendant Waived Reading of Indictment
[ ] Defendant Pleads Not Guilty to Counts_____
**[ ] Removal Hearing/Rule 40**
[ ] Defendant Waives Identity Hearing
[ ] Defendant Ordered Removed to Charging District.
   Order to Issue.
[ ] Defendant Released, Conditions Remain/ Modified/Set
[ ] Identity Established

**[ ] Preliminary Examination (Rule 5 or Rule 32.1)**
[ ] Probable Cause Found
[ ] Identity Established
[ ] Defendant Waives Identity Hearing
[ ] Defendant Waives Preliminary Examination

**[ ] Bail Hearing**
[ ] Bail Revoked, Defendant Ordered Detained
[ ] Defendant Released, Conditions Remain/Modified
[ ] Defendant Released on _____ with Conditions

**[ X] Detention Hearing**
[ ] Defendant Requests a Continuance
[ ] Defendant Consents to Voluntary Detention
[ ] Defendant Detained, Order to Issue
[ ] Defendant Released on _____ with conditions
[ ] Detention Taken Under Advisement

**[ ] Preliminary Probation Revocation Hearing**
[ ] Defendant Ordered Detained
[ ] Defendant Released

**[ ] Miscellaneous Hearings**
[ ] Attorney Appointment Hearing
[ ] Change of Plea (Rule 11) Hearing
[ ] Material Witness Hearing
[ ] Motion Hearing
[x ] Status Conference
[ ] Other _____

## CONTINUED PROCEEDINGS

_____ set for____at_____

## REMARKS

 Case called, Counsel and defendant appear for Detention Hearing, defendant moves for release, government opposes

release. Court denies release of the defendant, defendant remanded to the custody of the US Marshal. Opinion to issue. In

regard to status conference, defendant request the case be sent back to the District Judge for a Rule 11 Hearing.