# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
        v.                     )    CRIMINAL ACTION
                               )    NO. 04-10015-MLW
OSAYI OJO,                     )
        Defendant,             )
_____)
```

## FINAL STATUS REPORT
### May 26, 2004

**SWARTWOOD, M.J.**


The following is a Final Status Report to Wolf, J. to whom this case is assigned:

1.   Rule 11 Hearing

Counsel for the parties have requested that I return this file to Judge Wolf for a Rule 11 hearing.  I have granted that request.

2.   Excludable Time

With the assent of counsel for the parties, I have excluded from the Speedy Trial Act, the entire period from date of arraignment through May 27, 2004.  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Thursday, August 5, 2004.


                                  /s/Charles B. Swartwood, III
                                  CHARLES B. SWARTWOOD, III
                                  MAGISTRATE JUDGE