UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL CASE** |
| | **NO. 04-10015-MLW** |
| V. | |
| **OSAYI OJO** | |
| Defendant(s) | |

## NOTICE OF HEARING

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for a SENTENCING HEARING on <u>NOVEMBER 2, 2004</u> at 10:00 A.M. before Judge Wolf in Courtroom # 10 on the 5th floor.

TONY ANASTAS
CLERK OF COURT

**October 22, 2004**         By:   /s/ Dennis O'Leary
   Date                              Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)                              [ntchrgcnf.]
                                                              [kntchrgcnf.]