UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                              **CRIMINAL CASE**

                                               **NO. 04-10015-MLW**

V.

**OSAYI OJO**

            Defendant(s)

## NOTICE OF RESCHEDULING

**WOLF, D.J.**

The **SENTENCING HEARING** originally scheduled for **NOVEMBER 2, 2004** at **10:00 A.M.** before Judge **Wolf**, has been RESCHEDULED to **NOVEMBER 3, 2004** at **10:00 A.M.** in Courtroom # **10** on the **5**th floor.

                                               TONY ANASTAS
                                               CLERK OF COURT

**October 27, 2004**             By:    **/s/ Dennis O'Leary**
       Date                              Deputy Clerk

**Notice to:**
(crim-cancel.wpd - 7/99)                              [ntchrgcnf.]
                                                      [kntchrgcnf.]