UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. __CR04-10015__

United States of America_____          Osayi Ojo_____
        PLAINTIFF                                      DEFENDANT

Seth Berman_____          George Gormley_____

_____          _____

_____          _____

        COUNSEL FOR PLAINTIFF                    COUNSEL FOR DEFENDANT

JUDGE__Wolf_____    CLERK__O'Leary_____    REPORTER__Twomey__

CLERK'S NOTES

| DATES: | Sentencing Hearing |
|--------|--------------------|
| 11/3/04 | Court adopts all the factual statements contained in the pre-sentence report without objection. Court |
|  | addresses the parties' objections to the pre-sentence report. Court marks records concerning the speeding |
|  | conviction exhibit 1 and the records concerning the forged documents conviction as exhibit 2. Guidelines |
|  | are as follows: TOL 8, CH III, 6-12 months custody, 24-36 months supervised release, $1K-$10K fine, |
|  | $30,800.00 restitution and $100 special assessment fee. Government recommends a sentence of 12 months, |
|  | 36 months supervised release, low end fine and $30,800.00 restitution and $100 special assessment fee. |
|  | Defendant requests a sentence of time served. Defendant addresses the court. Court makes the defendant's |
|  | certificates earned while in custody exhibit 3.   Formal sentencing: 12 months custody, 36 months supervised |
|  | on standard conditions plus if deported must leave promptly and not return without prior permission from |
|  | secretary of homeland security, supervised release will be suspended during any period of deportation, must |
|  | use true name and identifying information, pay the balance of a $5,000.00 fine according to a court ordered |
|  | repayment schedule, must pay balance of restitution in the amount of $30,800.00 according to a court |
|  | ordered repayment schedule, may not incur any new credit charges or open new lines of credit without the |
|  | approval of probation, must provide access to financial information to probation which may be shared with |
|  | the financial litigation unit of the US Attorney's office. Defendant advised of the right to appeal and to |
|  | counsel. Court states it would impose the same sentence today if the guidelines would be declared |
|  | unconstitutional. Defendant request an expedited order of deportation. Court declines to order the defendant |
|  | to waive his rights. |