(Rev. 6/90)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL NO. 04 - 10015

Osayi Oyo
_____
Defendant

## MEMORANDUM OF SENTENCING HEARING
## AND
## REPORT OF STATEMENT OF REASONS

Wo4 _____ D.J.

Counsel and the defendant were present for sentencing hearing on 11/3/04. The matters set forth were reviewed and considered. The reasons for sentence pursuant to Title 18 U.S.C. 3553(c), as set forth herein, were stated in open court.

| | | |
|---|---|---|
| 1. | Was the presentence investigation report (PSI) reviewed by counsel and defendant including any additional materials received concerning sentencing? | ✓ Yes ___No |
| 2.(a) | Was information withheld pursuant to FRCrP 32(c)(3)(A)? | ___Yes ___No |
| (b) | If yes to (a), has summary been provided by the court pursuant to FRCrP 32(c)(3)(B)? | ___Yes ___No |
| 3.(a) | Were all factual statements contained in the PSI adopted without objection? | ✓ Yes ___No |
| (b) | If no to (a) the PSI was adopted in part with the exception of the following factual issues in dispute: | |
| (c) | Disputed issues have been resolved as follows after ___evidentiary hearing, ___further submissions and/or ___arguments: | |

[kmemsen.]

4.(a)  Are any legal issues in dispute?  ✓ Yes ___ No

If yes, describe disputed issues and their resolution:

The defendant did not offer evidence or otherwise prove that he was not given his right to counsel concerning 2 convictions. See Cordero, 42 F.3d 697, 701 (1st Cir. '94). Also, the Guidelines are lawful of M

5.(a)  Is there any dispute as to guideline applications (such as offense level, criminal history category, fine or restitution) as stated in the PSI?  ✓ Yes ___ No

If yes, describe disputed areas and their resolution:

Blakely and the amount of restitution was properly calculated.

(b)  Tentative findings as to applicable guidelines are:

Total Offense Level: __8__

Criminal History Category: __III__

__6__ to __12__ months imprisonment

__24__ to __36__ months supervised release

$__1,000__ to $__10,000__ fine (plus $_____ cost of imprisonment/supervision)

$__36,800__ restitution

$__100__ special assessment ($_____ on each of _____ counts)

6.(a)  Are there any legal objections to tentative findings?  ___ Yes ✓ No

(b)  If no, findings are adopted by the Court.

(c)  If yes, describe objections and how they were addressed:

OR sentence hearing is continued to _____ to allow for preparation of oral argument or filing of written submissions by _____.

7.(a)   Remarks by counsel for defendant.[1]                    ✓ Yes ___No

(b)    Defendant speaks on own behalf.                          ✓ Yes ___No

(c)    Remarks by counsel for government.                       ✓ Yes ___No

8.(a)   The sentence will be imposed in accordance with the prescribed forms in the Bench Book Sec. 5.02 as follows:

   __12__ months imprisonment

   _____ months/intermittent community confinement

   _____ months probation

   __36__ months supervised release Suspended while deferred out of US

   $__5000__ fine (including cost of imprisonment/supervision)

   $__30,800__ restitution

   $__100__ special assessment ($_____ on each of counts _____)

   Other provisions of sentence: (community service, forfeiture, etc.)

   * If deported, leave promptly & not return w/o permission of DHS

   Use true name and identifiers at all times

   Pay fine and restitution on court ordered schedule

   No new credit charges or lines of credit w/o approval of Probation

   Provide Probation with requested financial information, which may be shared with USPO.

(b) ✓ After imposing sentence, the Court has advised the defendant of the defendant's right to appeal within 10 days of the entry of judgment in accordance with FRCrP 32(a)(2).

---

[1] The order of argument and/or recommendations and allocution may be altered to accord with the Court's practice.

9.      Statement of reasons for imposing sentence.
        Check appropriate space.

(a) ✓   Sentence is within the guideline range and that range does not exceed 24 months and the Court finds no reason to depart from the sentence called for by application of the guidelines.

OR __   Sentence is within the guideline range and that range exceeds 24 months and the reasons for imposing the selected sentence are:

(b) __  Sentence departs from the guideline range as a result of

        __ substantial cooperation upon motion of the government

        OR

        __ a finding that the following (aggravating or mitigating) circumstance exists that is of a kind or degree not adequately taken into consideration by the Sentencing Commission in formulating the guidelines and that this circumstance should result in a sentence different from that described by the guidelines for the following reasons:

(c) __  Is restitution applicable in this case?                    ✓ Yes __ No

        Is full restitution imposed?                               ✓ Yes __ No

        If no, less than full restitution is imposed for the following reasons:

4

(d)___ Is a fine applicable in this case? ✓ Yes ___ No

Is the fine within the guidelines imposed? ✓ Yes ___ No

If no, the fine is not within guidelines or no fine is imposed for the following reasons:

___ Defendant is not able, and even with the use of a reasonable installment schedule is not likely to become able, to pay all or part of the required fine; or

___ Imposition of a fine would unduly burden the defendant's dependants; or

___ Other reasons as follows:

10. Was a plea agreement submitted in this case? ___ Yes ✓ No

Check appropriate space:

___ The Court has accepted a Rule 11(e)(1)(A) charge agreement because it is satisfied that the agreement adequately reflects seriousness of the actual offense behavior and accepting the plea agreement will not undermine the statutory purposes of sentencing.

___ The Court has accepted either a Rule 11(e)(1)(B) sentence recommendation or a Rule 11(e)(1)(C) sentence agreement that is within the applicable guideline range.

___ The Court has accepted either a Rule 11(e)(1)(B) sentence recommendation or a Rule 11(e)(1)(C) sentence agreement that departs from the applicable guideline range because the Court is satisfied that such a departure is authorized by 18 U.S.C. 3553(b).

11. Suggestions for guideline revisions resulting from this case are submitted by an attachment to this report. ___ Yes ✓ No

12. The PSI is adopted as part of the record, either in whole or in part as discussed above and is to be maintained by the U.S. Probation Department under seal unless required for appeal.

13. Judgment will be prepared by the clerk in accordance with above.

14. The clerk will provide this Memorandum of Sentencing Hearing And Report of Statement of Reasons to the U.S. Probation Department for forwarding to the Sentencing Commission, and if the above sentence includes a term of imprisonment, to the Bureau of Prisons.

Nov. 3, 2004
DATE

[signature]
UNITED STATES DISTRICT JUDGE

(State of Reasons Memo.wpd - 09/96) mlw 9/02                                        [kmemsen.]

5

AO 245B (Rev. 08/03) Criminal Judgment
    Supplemental Statement of Reasons

DEFENDANT:
CASE NUMBER:
DISTRICT:

# SUPPLEMENTAL STATEMENT OF REASONS

## APPLICABILITY OF THE FEDERAL SENTENCING GUIDELINES

☑ The court applied the Guidelines and all relevant enhancements in this case.

☐ The court found the Guidelines unconstitutional in part, and imposed a sentence in accordance with the constitutionally applied portions of the Guidelines.

☐ The court did not apply the federal sentencing guidelines at all in this case and imposed a discretionary sentence.

☐ The court took some other action (Please explain below.):

☑ This judgment includes an alternative sentence.

*The same sentence is imposed if the Guidelines do not apply.*