AO 442 (Rev. 5/85) Warrant for Arrest

# United States District Court

DISTRICT OF _____Massachusetts_____

2005 JUN 30 A 11: 08

UNITED STATES OF AMERICA
V.

Osayi Ojo

**WARRANT FOR ARREST**

CASE NUMBER: 98-1602-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Osayi Ojo_____
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)   credit card fraud

in violation of Title __18__ United States Code, Section(s) __1209(a)(2)__

Charles B. Swartwood, III                    United States Magistrate Judge
Name of Issuing Officer                       Title of Issuing Officer

_[signature]_                                 2-3-98      Boston, Massachusetts
Signature of Issuing Officer                  Date and Location

(By) Deputy Clerk

Bail fixed at $ _____ by _____
                                            Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| WARRANT EXECUTED BY USMS BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 12/19/05 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |